UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEE POSLOF,<br>Plaintiff,<br>v.<br>CARLOS ARCE, et al.,<br>Defendants. | Case No. 26-cv-04860-PCP<br><br>**ORDER OF DISMISAL**<br>Re: Dkt. No. 4 |

This civil rights case is dismissed as duplicative of Plaintiff's action in *Poslof v. Adams*, Case No. 24-cv-6146-PCP (N.D. Cal. filed Aug. 30, 2024).

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: August 27, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California